**Dismissed and Memorandum Opinion filed December 6, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00501-CV**

_____

**DONALD G. WILHELM, Appellant**

**V.**

**FANNIE MAE AND JP MORGAN CHASE BANK NA, AND
CHASE HOME FINANCE L.L.C., Appellees**

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 55922**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed May 13, 2011.  The clerk's record was filed July 14, 2011.  No reporter's record was taken.  No brief was filed.

Appellant's brief was due August 15, 2011.  On August 22, 2011, counsel for appellant advised the court of appellant's death and requested time to review the file and advise appellant's estate.  No motion to extend time to file appellant's brief was filed and no further correspondence from counsel was received.  *See* Tex. R. App. P. 7.1(a).

On October 4, 2011, this court issued an order stating that unless a brief was submitted within thirty days, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

No response has been filed.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce and McCally.